IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

JUMELLA ASKEW-ATCHISON,
ex. rel. M.A.A., a minor,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

Case No. 12-CV-71-FHM

## OPINION AND ORDER

Plaintiff's Motion to Dismiss Without Prejudice, [Dkt. 16] is before the undersigned United States Magistrate Judge for decision. In accordance with 28 U.S.C. § 636(c)(1) & (3), the parties have consented to proceed before a United States Magistrate Judge. [Dkt. 9].

Plaintiff's motion recites that the Commissioner has no objection to the motion. The time for response to the motion has expired and no objection has been filed.

Plaintiff's Plaintiff's Motion to Dismiss Without Prejudice, [Dkt. 16], is GRANTED.

SO ORDERED this 3rd day of October, 2012.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE